ROBINSON and Another *v.* BUSH.

HILL
v.
HAVERSTICK.

APPEAL from the *Boone* Circuit Court.

Saturday,
December 14.

*Per Curiam.*—Three judgments simultaneously rendered. Executions in the hands of sheriff upon all at same time, one subject to appraisement, two not; sale of forty acres of land without appraisement, and proceeds applied in payment of all the executions, satisfying all in full. According to the case of *Shirk* v. *Wilson*, 13 Ind. 129, the sale was valid. In actions to recover possession of real property, the entire case is tried upon the general denial.

Affirmed, with costs.

*Hamilton* and *Nave*, for the appellants.

*A. J. Boone*, for the appellees.